Steven R. HANEY, Defendant Below, Appellant,

v.

**BANK OF AMERICA, Plaintiff
Below, Appellee.**

No. 575, 2015

Supreme Court of Delaware.

Submitted: May 4, 2016
Decided: May 5, 2016

Superior Court of the State of Delaware,
C. A. No. S14L-10-029

AFFIRMED.